UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: LOUCKS, CHAD J.<br>         LOUCKS, CHRISTY M.<br><br>Debtor(s) | § Case No. 09-72531<br>§<br>§<br>§ |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Room 110
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 12/14/2009 in Courtroom 115, United States Courthouse, 211 South Court Street
Room 115
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _/ /_____     By: /s/STEPHEN G. BALSLEY
                                        Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108

**UST Form 101-7-NFR (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: LOUCKS, CHAD J.           § Case No. 09-72531
       LOUCKS, CHRISTY M.        §
                                 §
Debtor(s)                        §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of         $        5,500.36

and approved disbursements of              $            0.00

leaving a balance on hand of [1]           $        5,500.36

Claims of secured creditors will be paid as follows:

*Claimant*                                      *Proposed Payment*
                        N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | Stephen G. Balsley | $ 1,300.04 | $ |
| Attorney for trustee | Stephen G. Balsley | $ 1,375.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*             *Fees*              *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 62,956.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.5 percent.

    Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | PYOD LLC/Citibank | $ 8,934.85 | $ 400.98 |
| 2 | PYOD, LLC/Citibank | $ 3,376.18 | $ 151.51 |
| 3 | Roundup Funding, LLC | $ 986.82 | $ 44.29 |
| 4 | American Express Centurion Bank | $ 5,813.35 | $ 260.89 |
| 5 | Chase Bank USA, N.A. | $ 411.15 | $ 18.45 |
| 6 | Chase Bank USA, N.A. | $ 8,975.69 | $ 402.81 |
| 7 | Discover Bank | $ 10,952.69 | $ 491.53 |
| 8 | FIA Card Services/Bank of America/MBNA America Bank | $ 23,505.35 | $ 1,054.86 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                          Allowed Amt. of Claim    Proposed Payment*
N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                          Allowed Amt. of Claim    Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/STEPHEN G. BALSLEY
Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: jshores               Page 1 of 1         Date Rcvd: Nov 20, 2009
Case: 09-72531                Form ID: pdf006             Total Noticed: 23

The following entities were noticed by first class mail on Nov 22, 2009.
db           +Chad J. Loucks,    2611 Williamsburg,     Algonquin, IL 60102-2539
jdb          +Christy M. Loucks,    2611 Bridlewood Lane,    Crystal Lake, IL 60012-1247
aty          +Richard T Jones,    138 Cass Street,    Woodstock, IL 60098-3254
tr           +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
14064818     +American Express,    Post Office Box 981537,    El Paso, TX 79998-1537
14347666      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
14064819      Bank of America,    4060 Ogleton Stan,    Mail Code DES-019,    Newark, DE 19713
14064820     +Capital One,    1957 Westmoreland,    Post Office Box 26094,    Richmond, VA 23260-6094
14064821     +Chase,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
14424129      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14350855     +Chase Bank USA, N.A.,    C/O Creditors Bankruptcy Service,    P.O. Box 740933,
               Dallas, Tx 75374-0933
14064822     +Citibank,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
14064823      Community Credit Union,    145 South Virginia Street,    Crystal Lake, IL 60014-7226
14064824      Countrywide Home Loans,    Attn: Bankruptcy Dept.,    Post Office Box 5170,
               Simi Valley, CA 93062-5170
14593356      FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
               Oklahoma City, OK  73124-8809
14275666     +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
14064827      WFNNB-Ann Taylor,    Post Office Box 659705,    San Antonio, TX 78265-9705
14064828      WFNNB-Loft,    Post Office Box 182782,    Columbus, OH 43218-2782
14064829     +WFNNB-Pottery Barn,    Post Office Box 659728,    San Antonio, TX 78265-9728
The following entities were noticed by electronic transmission on Nov 20, 2009.
14433878      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 21 2009 04:09:18     DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
14064825      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 21 2009 04:09:18     Discover,    12 Reads Way,
               New Castle, DE 19720-1649
14064826      E-mail/PDF: cr-bankruptcy@kohls.com Nov 21 2009 04:09:27     Kohl’s,    Attn: Bankruptcy Dept.,
               P.O. BOX 3083,    Milwaukee, WI 53201-3083
14287159      E-mail/PDF: BNCEmails@blinellc.com Nov 21 2009 03:54:00     Roundup Funding, LLC,    MS 550,
               PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
                                                                                             TOTALS: 0, * 1

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 22, 2009**          **Signature:**   *Joseph Speetjens*