## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In re: LOUCKS, CHAD J. | § Case No. 09-72531 |
| LOUCKS, CHRISTY M. | § |
| | § |
| Debtor(s) | § |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $569,800.00 | Assets Exempt: $76,200.00 |
| Total Distribution to Claimants: $2,825.32 | Claims Discharged Without Payment: $109,366.76 |
| Total Expenses of Administration: $2,675.04 | |

3) Total gross receipts of $ 5,500.36 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,500.36 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $443,525.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,675.04 | 2,675.04 | 2,675.04 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 49,236.00 | 62,956.08 | 62,956.08 | 2,825.32 |
| **TOTAL DISBURSEMENTS** | $492,761.00 | $65,631.12 | $65,631.12 | $5,500.36 |

4) This case was originally filed under Chapter 7 on June 19, 2009. . The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/01/2010          By: /s/STEPHEN G. BALSLEY
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 2007 Honda Odyssey | 1129-000 | 5,500.00 |
| Interest Income | 1270-000 | 0.36 |
| **TOTAL GROSS RECEIPTS** | | **$5,500.36** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | 4110-000 | 416,000.00 | N/A | N/A | 0.00 |
| COMMUNITY CREDIT UNION | 4110-000 | 27,525.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$443,525.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Stephen G. Balsley | 2100-000 | N/A | 1,300.04 | 1,300.04 | 1,300.04 |
| Stephen G. Balsley | 3110-000 | N/A | 1,375.00 | 1,375.00 | 1,375.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 2,675.04 | 2,675.04 | 2,675.04 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PYOD LLC/Citibank | 7100-000 | N/A | 8,934.85 | 8,934.85 | 400.98 |
| PYOD, LLC/Citibank | 7100-000 | N/A | 3,376.18 | 3,376.18 | 151.51 |
| Roundup Funding, LLC | 7100-000 | N/A | 986.82 | 986.82 | 44.29 |
| American Express Centurion Bank | 7100-000 | N/A | 5,813.35 | 5,813.35 | 260.89 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Chase Bank USA, N.A. | 7100-000 | N/A | 411.15 | 411.15 | 18.45 |
| Chase Bank USA, N.A. | 7100-000 | N/A | 8,975.69 | 8,975.69 | 402.81 |
| Discover Bank | 7100-000 | N/A | 10,952.69 | 10,952.69 | 491.53 |
| FIA Card Services/Bank of America/MBNA America Bank | 7100-000 | N/A | 23,505.35 | 23,505.35 | 1,054.86 |
| CAPITAL ONE | 7100-000 | 20,262.00 | N/A | N/A | 0.00 |
| WFNNB-ANN TAYLOR | 7100-000 | 930.00 | N/A | N/A | 0.00 |
| CHASE | 7100-000 | 19,000.00 | N/A | N/A | 0.00 |
| WFNNB-POTTERY BARN | 7100-000 | 209.00 | N/A | N/A | 0.00 |
| CHASE | 7100-000 | 8,835.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 49,236.00 | 62,956.08 | 62,956.08 | 2,825.32 |

**UST Form 101-7-TDR (9/1/2009)**

Case 09-72531    Doc 35    Filed 10/20/10    Entered 10/20/10 11:01:43    Desc Main
Document      Page 6 of 7

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-72531  
**Case Name:** LOUCKS, CHAD J.  
LOUCKS, CHRISTY M.  
**Period Ending:** 10/01/10

**Trustee:** (330410)  STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 06/19/09 (f)  
**§341(a) Meeting Date:** 07/15/09  
**Claims Bar Date:** 10/20/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2611 Bridlewood, Crystal Lake, IL | 460,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Time share, famly | 14,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account-TCF Bank (J) | 200.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking account-TCF Bank (H) | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | Checking account-TCF Bank (W) | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 6 | Savings account-State Farm Bank (H) | 0.00 | 0.00 | DA | 0.00 | FA |
| 7 | Household goods and furnishings | 2,200.00 | 0.00 | DA | 0.00 | FA |
| 8 | Books, pictures | 200.00 | 0.00 | DA | 0.00 | FA |
| 9 | Clothing | 400.00 | 0.00 | DA | 0.00 | FA |
| 10 | Misc. jewelry | 2,650.00 | 0.00 | DA | 0.00 | FA |
| 11 | Sports equipment | 150.00 | 0.00 | DA | 0.00 | FA |
| 12 | 401K (H) | 40,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | 401K (W) | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | Bonds | 200.00 | 0.00 | DA | 0.00 | FA |
| 15 | Wrongful discharge case against TCF | 0.00 | 0.00 | DA | 0.00 | FA |
| 16 | 2007 Honda Odyssey | 15,500.00 | 0.00 | DA | 5,500.00 | FA |
| 17 | 2005 BMW 530 | 25,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.36 | FA |
| 18 | Assets   Totals (Excluding unknown values) | **$569,800.00** | **$0.00** | | **$5,500.36** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   November 1, 2009      **Current Projected Date Of Final Report (TFR):**   October 21, 2009  (Actual)

Printed: 10/01/2010 12:06 PM    V.12.52

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-72531
**Case Name:** LOUCKS, CHAD J.
LOUCKS, CHRISTY M.
**Taxpayer ID #:** **-***5991
**Period Ending:** 10/01/10

**Trustee:** STEPHEN G. BALSLEY (330410)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****96-65 - Money Market Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 08/28/09 | {16} | Tye Campbell and Judy L. Campbell | Purchase of vehicle | 1129-000 | 5,500.00 | | 5,500.00 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 5,500.22 |
| 10/21/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.14 | | 5,500.36 |
| 10/21/09 | | To Account #*********9666 | Transfer funds from MMA to checking account | 9999-000 | | 5,500.36 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,500.36 | 5,500.36 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,500.36 | |
| | | | **Subtotal** | | 5,500.36 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,500.36** | **$0.00** | |

{} Asset reference(s)

Printed: 10/01/2010 12:06 PM V.12.52